THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROSLYN LEO,

    Plaintiff,

v.                    3:22-CV-0364
                         (JUDGE MARIANI)

JEFFERSON CAPITAL, LLC,

    Defendant.

FILED SCRANTON
DEC 09 2022
PER _____ DEPUTY CLERK

## ORDER

**AND NOW, THIS 9TH DAY OF DECEMBER, 2022**, upon consideration of the parties' Interim Protective Order (Doc. 16), this Court recognizes the document as an agreement between the parties and will accordingly enforce it as such. In doing so, this Court expresses no opinion as to the merits of the agreement and neither approves nor disapproves of its contents. **ACCORDINGLY, IT IS HEREBY ORDERED THAT** the parties' Interim Protective Order (Doc. 16) is **ACCEPTED**.

                                            _s/ Robert D. Mariani_
                                            Robert D. Mariani
                                            United States District Judge