THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROSLYN LEO,

        Plaintiff,

v.

        3:22-CV-364
        (JUDGE MARIANI)

JEFFERSON CAPITAL SYSTEMS, LLC,

        Defendant.

## ORDER

The background of this Order is as follows:

On October 14, 2022, Defendant filed a Motion for Summary Judgment accompanied by a supporting brief, statement of material facts, and exhibits. (Docs. 10-12). On October 28, 2022, this Court granted Plaintiff's unopposed motion to defer consideration of Defendant's motion for summary judgment and directed Plaintiff to file a brief in opposition to Defendant's motion for summary judgement on or before March 15, 2023. (*See* Doc. 14). As of the date of this Order, Plaintiff has failed to file a brief in opposition to Defendant's motion or otherwise respond to the motion.

ACCORDINGLY, THIS _20th_ DAY OF MARCH, 2023, IT IS HEREBY ORDERED THAT within **7 days of the date of this Order**, Plaintiff shall **SHOW CAUSE** why this Court should not deem Defendant's motion for summary judgment unopposed.

_____
Robert D. Mariani
United States District Judge