IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Roslyn Leo, | Docket No. 3:22-cv-00364-RDM |
| Plaintiff | |
| | (Judge Robert D. Mariani) |
| v. | |
| | ELECTRONICALLY FILED |
| Jefferson Capital, LLC, | |
| Defendant | |

**ORDER**

AND NOW, THIS 21st DAY OF MARCH, 2023, upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties (Doc. 19), it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to close the case.

Robert D. Mariani
United States District Judge